UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| TYLER MAKES HIM FIRST,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 5:24-CV-05054-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Granting Government's Motion to Dismiss and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendant hereby entering.

DATED this 15th day of December, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE